1  WESTON & McELVAIN LLP
   Aaron C. Agness (SBN 221943)
2  Patricia A. Daza-Luu (SBN 261564)
   601 South Figueroa Street, Suite 2350
3  Los Angeles, California 90017
   Telephone:  (213) 596-8000
4  Facsimile:  (213) 596-8039
   Email:      aagness@wmattorneys.com
5              pdaza-luu@wmattorneys.com

6

7  Attorneys for Defendant
   **TRAVELERS CASUALTY**
   **INSURANCE COMPANY OF**
8  **AMERICA**

9

10                 UNITED STATES DISTRICT COURT

11                 CENTRAL DISTRICT OF CALIFORNIA

12 | JOHN B. CLARK, JR., an Individual, | CASE NO. |
   |---|---|
   | Plaintiff, | **DEFENDANT TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA'S NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** |
   | vs. | |
   | TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA and DOES 1-10, | Complaint filed: September 16, 2014 |
   | Defendants, | |

-1-
NOTICE OF REMOVAL OF ACTION

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that Defendant Travelers Casualty Insurance Company of America (hereinafter "Travelers"), hereby removes to this Court the state court action described below.

1. On or about September 16, 2014, an action was commenced in the Superior Court of the State of California in and for the County of Los Angeles, Southwest District, entitled <u>John B. Clark, Jr. v. Travelers Casualty Insurance Company of America</u>, Case No. YC070101. A copy of the complaint is attached hereto as Exhibit "1." A copy of the summons is attached hereto as Exhibit "2."

2. The first date upon which Travelers received a copy of the said summons and complaint was September 24, 2014, when Travelers' agent for service was personally served with a copy of the Complaint and a Summons. A copy of the Service of Process Transmittal from Travelers' agent for service of process is attached hereto as Exhibit "3."

3. This is a civil action of which this Court has jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Travelers pursuant to the provisions of 28 U.S.C. § 1441(a) and (b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum on $75,000, exclusive of interest and costs.

4. Plaintiff is an individual domiciled in Maricopa County, Arizona. [See Exh. "1" to Daza-Luu Decl., ¶ 1.] For purposes of diversity jurisdiction, Plaintiff is a citizen of the State of California. <u>Kantor v. Wellesley Galleries, Ltd.</u>, 704 F.2d 1088, 1089-90 (9th Cir. 1983).

5. Defendant Travelers is a Connecticut corporation. [<u>See</u> Exh. "2" to Daza-Luu Decl.]

6. As alleged in paragraph 29 of the Complaint, Plaintiffs seek damages in excess of $75,000. [<u>See</u> Exh. 1, ¶ 29.]

7. The Complaint (Exhibit 1), Summons (Exhibit 2), Notice of Service Transmittal (Exhibit 3), Civil Case Cover Sheet and Addendum (Exhibit 4), and Notice of Case Management Conference (Exhibit 5) represent all notices, process and pleadings received by Travelers, and to the knowledge of Travelers, no hearings or proceedings have taken place in this action.

DATED: October 24, 2014

Respectfully submitted,
WESTON & McELWAIN LLP

_____
Aaron C. Agness
Patricia A. Daza-Luu
Attorneys for Defendant,
TRAVELERS CASUALTY
INSURANCE COMPANY OF
AMERICA